UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 09-3621- McAliley

UNITED STATES OF AMERICA,

    Plaintiff,        STIPULATED ORDER OF DETENTION

vs.

Cesar E. Gonzalez,

    Defendant.
_____/

**THIS CAUSE** came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** That the above named Defendant is hereby Ordered Pretrial Detained pursuant to the **Stipulation** of the parties. The Defendant reserves the right to have a Pretrial Detention Hearing upon his request.

**DONE AND ORDERED** at Miami, Florida this 25th day of Nov., 2009.

TAPE NO: 09H-99
10:49:37

                                      _____
                                      CHRIS M. MCALILEY
                              UNITED STATES MAGISTRATE JUDGE

c:    AUSA
     Defense Counsel
     Pretrial Services
     U.S. Marshal