UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-21017-CR-JORDAN

UNITED STATES OF AMERICA,
    Plaintiff,

v.  **MOTION FOR DISBURSEMENT OF BOND**

CESAR E. GONZALEZ,
    Defendant.
_____/

    COMES NOW the undersigned and respectfully states to this Honorable Court that the above-named defendant has fully complied with all conditions of the appearance bond in this case, it is therefore requested that the defendant's cash bail heretofore posted by KRISTI F. KASSEBAUM in the amount of $15,000.00 plus any accrued interest be refunded to: KRISTI F. KASSEBAUM, MANTO & KASSEBAUM, LLP, 2030 S. Douglas Road, Suite 214, Coral Gables, Florida 33134.

    The beneficiary's social security or tax identification number is as follows:

**Kristi F. Kassebaum, Esq.**
**MANTO & KASSEBAUM, LLP**
**2030 S. Douglas Road, Suite 214**
**Coral Gables, Florida 33134**

| 65-1196616 | *s/Kristi F. Kassebaum* |
|---|---|
| (Tax Id. No.) | (Petitioner or Attorney) |

CONSENTED TO BY:
**Karlyn Hunter**, Assistant U.S. Attorney

**ORDER**

In consideration of the foregoing motion, it is thereupon
ORDERED that the Clerk of this Court do forthwith make the above-mentioned disbursement.

DONE AND ORDERED at _____, Florida, this __ day of _____, 2010.

_____
**UNITED STATES DISTRICT JUDGE**

cc:  Karlyn Hunter, A.U.S.A.
      Kristi F. Kassebaum/Counsel of Record
      Financial Deputy Clerk